IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00135-BNB

MEL BOMPREZZI,

    Applicant,

v.

JUDGE RICHARD CASCHETTE,
ARA OHANIAN,
KATHY McGUIRE, and
JASON SIERS,

    Respondents.

---

## ORDER OF DISMISSAL

---

    Applicant, Mel Bomprezzi, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. Mr. Bomprezzi, acting *pro se*, initiated this action by submitting a pleading that appeared to be filed pursuant to 28 U.S.C. § 2254. On February 2, 2012, Magistrate Judge Boyd N. Boland instructed Mr. Bomprezzi to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Bomprezzi to submit his claims on a Court-approved form used in filing § 2254 actions and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action or in the alternative to pay the $5.00 filing fee. Mr.

Bomprezzi was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Bomprezzi now has failed to communicate with the Court in regards to this case, and as a result he has failed to cure the deficiencies within the time allowed.  The action will be dismissed for failure to comply with the February 2, 2012 Order.  The Court notes, however, that Mr. Bomprezzi has two other cases--Case No. 11-cv-03344-BNB, a prisoner complaint; and Case No. 12-cv-00518-BNB, a § 2254 action--that are being processed by the Court and in which he either is attempting to cure or has cured the deficiencies.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Bomprezzi files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that no certificate of appealability shall issue because Mr. Bomprezzi has not made a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  12th  day of     March     , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court